**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

MONICA JONES                                                        PLAINTIFF


v.                          Case No. 4:22-cv-00461-BRW-JTK


KILOLO KIJAKAZI,                                                    DEFENDANT
*Acting Commissioner*,
Social Security Administration

## <u>ORDER</u>

     Before the Court is Defendant's Unopposed Motion to Remand this case to the Commissioner for further administrative proceedings. (Doc. No. 18) Upon examination of the merits of this case, this Court grants the motion, reverses this case, and remands it to the Commissioner pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

     SO ORDERED THIS 30th day of November, 2022.


_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE